**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JAMES J. PERRY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-1037-O-BP** |
| | § | |
| **GRANVILLE V. TROXEL, 530 U.S. 57 (2000),** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Chief United States District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned Chief District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** on this **16th day November 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE